UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TARA J. HARTWIG, et al., | * | |
| | * | NO. 1:15-cv-00051 |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | ORDER APPROVING SETTLEMENTS |
| WOODHOUSE CBP, INC., | * | |
| | * | |
| Defendant. | * | |

This matter comes before the Court upon the parties request for approval of the settlements reached in this action. The Court has reviewed the declaration of Plaintiff's counsel and the parties' settlement agreements. Having done so, and being otherwise fully advised in the premises, the Court approves the parties' settlements.

Consistent with those settlements and the parties' Stipulation Of Dismissal With Prejudice, a stipulated judgment is hereby entered in this matter in accordance with the parties' settlement agreements and this action is dismissed with prejudice without costs or attorney fees awarded to either party, all costs having been paid.

Dated: October 20, 2016.

_____
United States District Judge